UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RICO,<br><br>        Petitioner,<br><br>    v.<br><br>G. D. LEWIS, Warden,<br><br>        Respondent.<br>_____/ | No. C-12-6127 EMC (pr)<br><br>**ORDER DENYING MOTION TO RELATE CASES** |

    Respondent's motion to relate this case and *Sergio Pablo v. Martin Bitter*, C 13-627 EMC, is **DENIED**. (Docket # 12.) The actions are both pending before the undersigned and therefore do not fit the definition of related cases. *See* N. D. Cal. Local Rule 3-12(a) ("An action is related to another when: (1) The actions concern substantially the same parties, property transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted *before different Judges.*") The cases will not be related.

    IT IS SO ORDERED.

Dated: July 2, 2013

                                          _____
                                          EDWARD M. CHEN
                                          United States District Judge