UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RICO,<br><br>        Petitioner,<br><br>    v.<br><br>G. D. LEWIS, Warden,<br><br>        Respondent.<br>_____/ | No. C-12-6127 EMC (pr)<br><br>**ORDER DENYING WITHOUT PREJUDICE PETITIONER'S REQUEST FOR COPIES OF EXCERPTS OF RECORD**<br><br>**(Docket No. 26)** |

        On March 23, 2014, the Court denied Petitioner's petition and granted a certificate of appealability. On March 31, 2014, Petitioner filed a notice of appeal. Now, Petitioner requests photocopies of the "excerpts of record."

        Ninth Circuit Rule 30-3 requires the Clerk of the District Court to forward a copy of the documents to comprise the excerpts of the record on appeal to a prisoner who is not represented by counsel within twenty-one days from the receipt of the prisoner's written request. Petitioner sent the correct request but he did not identify what documents he wants included in the excerpts of the record.

///
///
///
///
///
///

Petitioner's request is **DENIED** without prejudice. The Clerk of the Court shall send Petitioner the docket of this case. Petitioner may then file a renewed motion for excerpts of record indicating the docket numbers of the documents he wishes to comprise the excerpts of the record. The Clerk shall then send him the documents he indicates.

This order terminates Docket No. 26.

IT IS SO ORDERED.

Dated: May 2, 2014

_____
EDWARD M. CHEN
United States District Judge

2