UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RICO,<br><br>        Petitioner,<br><br>    v.<br><br>G. D. LEWIS, Warden,<br><br>        Respondent.<br>_____/ | No. C-12-6127 EMC (pr)<br><br>**ORDER FOR RESPONDENT TO PROVIDE PETITIONER WITH EXCERPTS OF RECORD**<br><br>**(Docket No. 28)** |

        On March 5, 2014, the Court denied Petitioner's petition and granted a certificate of appealability. On March 31, 2014, Petitioner filed a notice of appeal. Now, Petitioner requests photocopies of the "excerpts of record."

        Ninth Circuit Rule 30-3 requires the Clerk of the District Court to forward a copy of the documents that comprise the excerpts of the record on appeal to a prisoner who is not represented by counsel within twenty-one days from the receipt of the prisoner's written request.

        Because Petitioner requests a copy of the administrative record, *see* Docket No. 28, which was submitted by Respondent, the Court orders that Respondent forward to Petitioner a copy of the exhibits he requests.

        IT IS SO ORDERED.

Dated: May 30, 2014

                                                                    _____<br>
                                                                    EDWARD M. CHEN<br>
                                                                    United States District Judge